AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

*Defendant(s)*

Civil Action No. 26-cv-3811

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/17/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



## SCHEDULE A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | ARNQQ | Temu | 634418220171018 |
| 2 | Bigwig local | Temu | 634418219254590 |
| 3 | Boat Day | Temu | 634418221155652 |
| 4 | CapCrush | Temu | 634418220255713 |
| 5 | DIYCAP | Temu | 634418223509526 |
| 6 | Factory local | Temu | 634418220108806 |
| 7 | DISMISSED | DISMISSED | DISMISSED |
| 8 | FSPINXTI | Temu | 634418221753494 |
| 9 | fufutooy shop | Temu | 634418220176869 |
| 10 | Fuluke | Temu | 634418223129956 |
| 11 | funny soul LLC | Temu | 634418219058104 |
| 12 | Funny Tee Shirt | Temu | 634418217663356 |
| 13 | Gala Goods | Temu | 634418222617269 |
| 14 | galaogeBA | Temu | 634418222484188 |
| 15 | GiftedGear | Temu | 634418218961967 |
| 16 | GKDKKDSHOP | Temu | 634418221893650 |
| 17 | GlimmerMart | Temu | 634418221919903 |
| 18 | Global Nice | Temu | 634418222074409 |
| 19 | GNHOW | Temu | 634418222849576 |
| 20 | GoneBucketing Hat | Temu | 634418220257901 |
| 21 | Good Good lifes | Temu | 634418220225084 |
| 22 | goodshopone | Temu | 634418222024749 |
| 23 | Graphic Grind | Temu | 634418220019353 |
| 24 | GSSDYD | Temu | 634418222529236 |
| 25 | Half past Twelven | Temu | 634418223092984 |
| 26 | HAPPY GO TO YOU | Temu | 634418217066388 |
| 27 | Happy Womens Clothing Shop local | Temu | 634418215695549 |
| 28 | HCYL | Temu | 634418224565513 |
| 29 | HENYIDA AQ | Temu | 634418222141890 |
| 30 | Hermit Theory | Temu | 634418222933755 |
| 31 | HK HK H | Temu | 634418218113915 |
| 32 | HotbloodedTshirt | Temu | 634418223867088 |
| 33 | Hundred Year Old | Temu | 634418223620170 |
| 34 | HUSHANG FASHION | Temu | 634418219415376 |
| 35 | HYXMLYZPP | Temu | 634418223412382 |
| 36 | IBOIBOSHOP | Temu | 634418216017282 |
| 37 | jamerec | Temu | 634418224047485 |
| 38 | JAmericanD | Temu | 634418220207901 |
| 39 | Jeeror White | Temu | 634418220183726 |
| 40 | JoyfulTeeShop | Temu | 634418222113238 |
| 41 | KG Fashion | Temu | 634418223060032 |
| 42 | Knot Home | Temu | 634418220183419 |
| 43 | LAI Summer | Temu | 634418223376540 |
| 44 | LAITANG | Temu | 634418220436368 |
| 45 | LATE BLOOMER | Temu | 634418222759693 |
| 46 | LazyGalaxy | Temu | 634418222837033 |
| 47 | lcqgc shop J | Temu | 634418224239979 |
| 48 | LDJXXHH | Temu | 634418222344735 |
| 49 | leiolei | Temu | 634418222887145 |

| | | | |
|---|---|---|---|
| 50 | Lemon Bubble | Temu | 634418222624730 |
| 51 | linhuiaa | Temu | 634418221899223 |
| 52 | LINNGLING | Temu | 634418222144015 |
| 53 | LIUZI LIUZI | Temu | 634418223992027 |
| 54 | Lougslin | Temu | 634418223891439 |
| 55 | love LH | Temu | 634418219916803 |
| 56 | LuminaryApparel | Temu | 634418222781489 |
| 57 | Lunoo clothing | Temu | 634418221201307 |
| 58 | Luxury wanderer | Temu | 634418221390496 |
| 59 | LWRLWR | Temu | 634418222954019 |
| 60 | LYS Lnnovation Lab DIY | Temu | 634418220195145 |
| 61 | Mackenzie Yes | Temu | 634418222222115 |
| 62 | Mancao beauty | Temu | 634418222431468 |
| 63 | MASCULIINE | Temu | 634418221485297 |
| 64 | MengUrban Style | Temu | 634418222143145 |
| 65 | Mingxin Essence | Temu | 634418220116351 |
| 66 | Mitte des sommers | Temu | 634418223604784 |
| 67 | Mix Pho J | Temu | 634418219732131 |
| 68 | MNDragon fly | Temu | 634418220705949 |
| 69 | Moonlight Sling Bag Shop | Temu | 634418216381467 |
| 70 | Mrlihualitwo | Temu | 634418220775703 |
| 71 | MrTBoyShow | Temu | 634418219998485 |
| 72 | MTGDXMT | Temu | 634418222013224 |
| 73 | MTH DIY | Temu | 634418214630440 |
| 74 | N Moda Luxe | Temu | 634418219919832 |
| 75 | Nebula Grain | Temu | 634418222157870 |
| 76 | NeoThread | Temu | 634418222633965 |
| 77 | New Hutuo | Temu | 634418222741065 |
| 78 | NMSDER | Temu | 634418223024412 |
| 79 | NNorthsong | Temu | 634418219784587 |
| 80 | NorthPulse Market | Temu | 634418223091137 |
| 81 | Nouvea Studio | Temu | 634418223621490 |
| 82 | Nscols | Temu | 634418222570429 |
| 83 | Null Lab A | Temu | 634418224207695 |
| 84 | NVBVAIOA T Shirt | Temu | 634418219905782 |
| 85 | Old Boys Boutique | Temu | 634418217483598 |
| 86 | onbuy | Temu | 634418216553525 |
| 87 | OpalTheory | Temu | 634418223756820 |
| 88 | Ophella | Temu | 634418222560856 |
| 89 | Personalized ThreadworksI | Temu | 634418221654364 |
| 90 | Personalized ThreadworksJ | Temu | 634418221654490 |
| 91 | PICKODTF | Temu | 634418220214215 |
| 92 | Potato cloth | Temu | 634418221200847 |
| 93 | Printed shirts | Temu | 634418224523463 |
| 94 | Product made in cotton T | Temu | 634418225114800 |
| 95 | QBK Eleventh | Temu | 634418223121621 |
| 96 | QBK Fifteenth | Temu | 634418223571304 |
| 97 | QBK Four | Temu | 634418223440660 |
| 98 | QBK Twelfth | Temu | 634418223276231 |
| 99 | Qianduoduo Clothing | Temu | 4150807307150 |
| 100 | QIZGG | Temu | 634418221307591 |
| 101 | Qizoe Fashion | Temu | 634418223902022 |
| 102 | Quality Threads Tshirts | Temu | 634418222012847 |

| | | | |
|---|---|---|---|
| 103 | RAINPOP | Temu | 634418219396445 |
| 104 | RiverRider | Temu | 634418220245399 |
| 105 | Roomannticc | Temu | 634418220290511 |
| 106 | RTI Coild | Temu | 634418224329240 |
| 107 | RufanHuang | Temu | 634418223688780 |
| 108 | Rugged Axis | Temu | 634418221866316 |
| 109 | RUTEVOX | Temu | 634418222456097 |
| 110 | ShirtSculpt Studio | Temu | 634418222811597 |
| 111 | Shopping Twentyfive | Temu | 634418222145475 |
| 112 | Shopping twentytwo | Temu | 634418221937311 |
| 113 | Shoppingfortyfour | Temu | 634418222148963 |
| 114 | Sieplei | Temu | 634418224011993 |
| 115 | Skypoew | Temu | 634418220204068 |
| 116 | SmallR | Temu | 634418218649293 |
| 117 | SOV QUITR | Temu | 634418222464053 |
| 118 | Sparkyy | Temu | 634418219610717 |
| 119 | SQFFWTY | Temu | 634418224236666 |
| 120 | SSLYE | Temu | 634418219632314 |
| 121 | StreetFusion | Temu | 634418218516204 |
| 122 | Style Blaze three | Temu | 634418223625263 |
| 123 | STYLEHORIZON | Temu | 634418222831011 |
| 124 | Stylish Tee Boutique | Temu | 634418222667106 |
| 125 | SUDOVO | Temu | 634418222166532 |
| 126 | SunnyExports | Temu | 634418220228822 |
| 127 | SwiftCustom | Temu | 634418222090474 |
| 128 | T clothing CB | Temu | 634418221179287 |
| 129 | T HC | Temu | 634418223796418 |
| 130 | TangBYING | Temu | 634418223554952 |
| 131 | taozaishanghang | Temu | 634418224167989 |
| 132 | TB KateraPOD Tees | Temu | 634418223693407 |
| 133 | TB LumeePOD Shop | Temu | 634418223693456 |
| 134 | TC HueanPod Tees | Temu | 634418222534120 |
| 135 | TC JovialJersey | Temu | 634418222534521 |
| 136 | Tee Pack Shop | Temu | 634418218305574 |
| 137 | Teebliss | Temu | 634418223442627 |
| 138 | TeeCanvas Prints S | Temu | 634418223103662 |
| 139 | TeesRealm shop | Temu | 634418221653927 |
| 140 | Teeterrific | Temu | 634418223802581 |
| 141 | The NobleNook | Temu | 634418217323034 |
| 142 | The Printed Story TEE | Temu | 634418222579626 |
| 143 | THINKINGTOGETHER | Temu | 634418222679695 |
| 144 | ThreadMason S | Temu | 634418222544171 |
| 145 | TinVibe | Temu | 634418220183774 |
| 146 | TMSHIRTONE | Temu | 634418222629791 |
| 147 | toagelh | Temu | 634418221626924 |
| 148 | Top Zero | Temu | 634418214231744 |
| 149 | TrendyPlus | Temu | 634418225118125 |
| 150 | TTSHIRTONE | Temu | 634418222624081 |
| 151 | TUTUDUODUO | Temu | 634418221354328 |
| 152 | Unique Print Tee World | Temu | 634418222458209 |
| 153 | UniquePrint | Temu | 634418217476865 |
| 154 | UpperArt | Temu | 634418222204029 |
| 155 | UrbanChicCollection | Temu | 634418224053317 |

| | | | |
|---|---|---|---|
| 156 | Velumiss | Temu | 634418223197159 |
| 157 | Veritas Alba | Temu | 634418220183115 |
| 158 | Verve Sport | Temu | 634418224650987 |
| 159 | Vestige Atelier | Temu | 634418223391401 |
| 160 | Vilike me Commercial Bank | Temu | 634418224136033 |
| 161 | Vintage Vibe Art | Temu | 634418222844669 |
| 162 | Vklike me commercial bank | Temu | 634418224222220 |
| 163 | VLDAWN | Temu | 634418221595144 |
| 164 | VVFAP | Temu | 634418218020307 |
| 165 | Vynx | Temu | 634418222471249 |
| 166 | WandaZon | Temu | 634418222462750 |
| 167 | Washing Tshirts | Temu | 634418224342527 |
| 168 | WearMyTee | Temu | 634418219487837 |
| 169 | WearYourMood | Temu | 634418217354224 |
| 170 | WellZhuangNeng local | Temu | 634418222654091 |
| 171 | WJHMD | Temu | 634418221452140 |
| 172 | Xiao Ao original | Temu | 634418225067971 |
| 173 | XIAOJUNWEI | Temu | 634418223707400 |
| 174 | XINGMAN | Temu | 634418221394075 |
| 175 | xinyaohuaguangD | Temu | 634418219125784 |
| 176 | Xiubei Rabbit eighteen | Temu | 634418220023810 |
| 177 | xycyzp | Temu | 634418225078040 |
| 178 | Yalide Clothing | Temu | 634418218940048 |
| 179 | yangchunzhiA | Temu | 634418223772861 |
| 180 | YDS Couture | Temu | 634418220665580 |
| 181 | Yellow duck One | Temu | 634418219700998 |
| 182 | Yi TingA | Temu | 634418221981262 |
| 183 | YIMASER | Temu | 634418218508750 |
| 184 | YLL Online | Temu | 634418221688561 |
| 185 | Yoolk CLOTHING | Temu | 634418222828183 |
| 186 | Your Tee Shirts | Temu | 634418219693710 |
| 187 | YouRotating | Temu | 634418215631156 |
| 188 | YOUYOUGOConsume | Temu | 634418221316334 |
| 189 | Yuanwang Global | Temu | 634418223117653 |
| 190 | YuanYuanChen | Temu | 634418220466589 |
| 191 | Yudola Trade | Temu | 634418223374757 |
| 192 | YunTeesCloth | Temu | 634418224130153 |
| 193 | YYshizhu | Temu | 634418222151462 |
| 194 | YYTSSS | Temu | 634418222736653 |
| 195 | ZGCKJD | Temu | 634418222071893 |
| 196 | zhanghaochen a | Temu | 634418223821218 |
| 197 | ZS XINTINGZHUO | Temu | 634418220370552 |
| 198 | Zttoy Attire | Temu | 634418226287896 |
| 199 | ZYP Style Statement | Temu | 634418222517280 |
| 200 | ZYXH Trade | Temu | 634418219505519 |

Civil Action No. 26-cv-3811

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 08/17/2026 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: On May 21, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On August 19, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/22/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: